# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BAC HOME LOANS SERVICING,

    Plaintiff,

v.                                                Case No:  6:16-cv-314-Orl-40GJK

CLAIRESE CLAUDET,

    Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion to Proceed *in forma pauperis* (Doc. 2) filed on February 22, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 13, 2016 (Doc. 3), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3. The case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit Court in and for Osceola County, Florida for all further proceedings.

4. The Clerk is **DIRECTED** to send a certified copy of this Order to the Clerk of the Court for the Circuit Court of the Ninth Judicial Circuit Court in and for Osceola County, Florida.

**DONE AND ORDERED** in Orlando, Florida on May 2, 2016.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties